FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO. DA 21-0490

ELLYN NADEAU,
Plaintiff/Appellant/Cross-Appellee

v.

CARY HORNEMAN and DAVID HORNEMAN
Defendants/Appellees/Cross-Appellants

On Appeal from the Montana Twenty-Second Judicial District
Big Horn County Cause No. DV-2018-46
Honorable Judge Matthew Wald

**ORDER GRANTING RENEWED JOINT MOTION TO STAY APPEAL**

Before the Court is the parties' Joint Status Report and Renewed Motion to Stay, requesting that the Court continue the previously entered stay for an additional forty-five (45) days to allow the parties time to finalize their contingent settlement agreement. This motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED that the motion is **GRANTED** and this matter is **STAYED** for an additional forty-five (45) days from the date of the motion, to and including March 21, 2022. If they have not already filed dismissal documents, the parties shall file a joint status report on or before March 21, 2022, indicating their settlement progress and whether the stay should be lifted or remain in place.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2022